UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
UNITED STATES OF AMERICA, )
) Case No. MC17-0062RSL
Plaintiff, )
v. )
) ORDER
CHRISTOPHER MARK WILLIAMS, )
)
Defendant/Judgment Debtor, )
v. )
)
ALLIED TRADE GROUP LLC, )
)
Garnishee. )
_____)

This matter comes before the Court on defendant/judgment debtor's request for a hearing in the above-captioned garnishment action. Dkt. # 6. In light of defendant/judgment debtor's objections, the Clerk of Court is directed to give this matter a civil action number and assign it in rotation. Pursuant to 28 U.S.C. § 3202(d) and § 3205(c)(5), the requested hearing is to be held as soon as practicable. The Writ of Garnishment shall remain in effect during the pendency of this action, but judgment shall not be entered absent further order of the Court.

Dated this 11th day of July, 2017.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER